JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN MORALES, | Case No. CV 17-5316-AG (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 29, 2018

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE